**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| PATRICK SHERMAN<br>ADC #96304 | *<br>*<br>* | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:11-cv-00056-SWW |
| RAY HOBBS, Director, Arkansas<br>Department of Correction; JEFFERSON<br>COUNTY; JODI RAINES DENNIS, Circuit<br>Judge, Jefferson County; and ROBERT H.<br>WYATT JR., Circuit Judge, Jefferson<br>County | *<br>*<br>*<br>*<br>*<br>* | |
| | * | |
| Defendants. | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 1st day of July 2011.

    /s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE